**Order entered June 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00567-CV

### DARLENE C. AMRHEIN, Appellant

### V.

### ATTORNEY LENNIE F. BOLLINGER, AND WORMINTON & BOLLINGER LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02654-2017**

## ORDER

Before the Court is appellant's June 19, 2018 "supplement to notice of appeal and docket statements as needed to supplement issues." It appears appellant is concerned about the record being filed and her ability to meet deadlines in this Court.

We note the record is not due until September 11, 2018, and the briefing deadlines are not triggered until the complete appellate record is filed. *See* Tex. R. App. P. 35.1(a), 38.6(a). Accordingly, to the extent appellant seeks an extension of time to file her brief, we **DENY** the request as premature.

/s/    DAVID EVANS
JUSTICE